IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00937-LTB

JOSE ALEMAR,

    Applicant,

v.

[NO RESPONDENTS NAMED],

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 30, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 30 day of July, 2015.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ A. García Gallegos
                                Deputy Clerk